UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                          Case No. 19-CR-12

KENNETH ONAPOLIS,

      Defendant.

## ORDER

This matter came before the court on a petition for revocation of supervised release. The defendant was requesting clarification of his obligations under the conditions set forth by the United States District Court for the Northern District of Ohio. The court confirmed that the defendant was obligated to provide the probation officer access to any requested financial and employment information, including assets held overseas. The court further advised the defendant that he was required to verify any claim of his educational background, specifically his claim that he holds a PhD from Cambridge and from Harvard Christian.

Based upon the foregoing, Defendant is directed to provide: 1) a release authorizing his probation agent to obtain verification of any account or accounts held by him or under his control in the Alpha Bank or any other financial institution, regardless of where it is located; 2) a release authorizing his probation agent to obtain information concerning any degree, including doctorate or PhD, conferred on Defendant by any academic institution of higher education (i.e. college or university).

**SO ORDERED** at Green Bay, Wisconsin this 3rd day of December, 2020.

                                                            s/ William C. Griesbach
                                                            William C. Griesbach
                                                             U.S. District Judge