UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 19-CR-12

KENNETH ONAPOLIS, a/k/a Kenneth Shong

    Defendant.

## ORDER PARTIALLY GRANTING MOTION FOR FURLOUGH

Defendant Kenneth Onapolis, a/k/a Kenneth S. Shong, was convicted of bank fraud in the Northern District of Ohio and sentenced to 18 months imprisonment and five years of supervised release on July 9, 2003. Because the defendant absconded, the sentence was delayed, and his supervision did not commence until January 3, 2019. On January 31, 2019, the defendant's supervision was transferred to this district. On February 23, 2021, the defendant's supervision was revoked for providing false information concerning his background and current financial condition. A sentence of three months in custody was imposed to be followed by three years of supervised release. The case is now before the Court on the defendant's motion for a one-week unescorted furlough from the Dodge County Jail where he is serving his sentence to allow him time to manage the property and affairs of his recently deceased wife.

The defendant married Beth Van de Loo on October 15, 2020. Ms. Van de Loo died of complications form COVID-19 on March 5, 2021. Her family is planning a celebration of her life on April17, 2021, but the time and location have yet to be determined. The defendant wishes to attend the ceremony for his wife and make arrangements to insure his property is properly safeguarded until his release. Although such a request would normally be submitted to the Bureau of Prisons (BOP), the defendant is not yet in BOP custody. Neither the Government, nor U.S.

Probation object, though they do not support a furlough for a full week. The defendant is also under supervision of the Wisconsin Department of Corrections for a separate sentence.

Based on the foregoing, the defendant's motion is granted, and he is hereby granted a furlough from his federal sentence for four days, commencing on April 16, 2021 at 8:00 a.m., and terminating on April 20, 2021 at 8:00 a.m. The defendant is to be subject to the conditions of supervision imposed by the Court for the duration of the furlough and any violation of the terms shall be reported to the Court. U.S. Probation is directed to provide a copy of this order to the defendant's state probation agent.

**SO ORDERED** at Green Bay, Wisconsin this 17th day of March, 2021.

s/ William C. Griesbach<br>William C. Griesbach<br>U.S. District Judge

2

Case 1:19-cr-00012-WCG   Filed 03/17/21   Page 2 of 2   Document 20